IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | **CASE NO. CR-2-08-162** |
| | : | |
| v. | : | **JUDGE MARBLEY** |
| | : | |
| **CHRISTOPHER E. KEIFER,** | : | |
| Defendant. | | |

### ORDER

It is hereby ordered that the judgment in the above entitled case is corrected pursuant to Rule 36, Fed.R.Crim.P., to reflect my oral pronouncement at the time of sentencing that the judgment shall include a provision that as a condition of both imprisonment and supervised release, the defendant shall initiate "no contact" of any kind with victim Nathan Simons or any member of his family.

UNITED STATES DISTRICT JUDGE
ALGENON L. MARBLEY